# EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA  ☒ EEOC | 440-2023-00862 |

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs., Mx.): Ms. Tea L. Thompson
**Home Phone** (Incl. Area Code): [redacted]
**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]
**Email Address**: [redacted]

**Street Address**: c/o Nathan Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148
**Email Address**: (employment@sulaimanlaw.com)

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: AWS Inc. d/b/a Arrow Workforce Solutions Inc. (headquarters)
**No. Employees, Members**: 15+
**Phone No.**: 407-205-0500
**Street Address**: 1001 Executive Center Drive, Suite 220
**City, State and ZIP Code**: Orlando, FL 32803
**Email Address**: info@arrowworkforce.com

**Name**: Arrow Workforce Solutions Inc. d/b/a AWS Inc. (worksite)
**No. Employees, Members**: 15+
**Phone No.**: 407-205-0500
**Street Address**: 100 Rivian Motorway
**City, State and ZIP Code**: Normal, IL 61761
**Email Address**: ruchi@canadianexecutivesearch.com

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 1/12/2022
Latest: 2/7/2022
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Tea L. Thompson, was hired by AWS Inc. d/b/a Arrow Workforce Solutions Inc., a temp agency, to work as a General Cleaner at MacLellan Integrated Services, Inc. d/b/a Rivian, located in Normal, Illinois, on or about December 13, 2021. I was subjected to discrimination on the basis of my disability, which is a medical condition related to pregnancy and childbirth. Accordingly, I was also subjected to discrimination on the basis of sex and pregnancy.

The following is a non-exhaustive list of incidents of the sex, pregnancy, and disability discrimination I was subjected to:

I gave birth shortly before I began my employment with the Respondent. I became aware that I was suffering from postpartum depression and I reached out to my employer on or about January 12, 2022 to notify them of my diagnosis and request accommodations. I notified the temp agency and my supervisor at MacLellan, Jacob, on January 13, 2022 of my diagnosis and requested to speak with someone to discuss my need for accommodations.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 10 / 27 / 2022
Charging Party Signature: *Tea Thompson*

**NOTARY** – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Doc ID: 29cc715869b8f5380bcbd7687cacfc906cd8ec1d

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:
☐ FEPA
☒ EEOC

Agency(ies) Charge No(s):

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

I complained to the temp agency of the discriminatory treatment I was receiving at MacLellan and requested to speak with someone about on or about reasonable accommodations several times in January, 2022.

After trying to speak with someone about my need for accommodations for several weeks, I finally had a meeting with my manager at MacLellan, Tony, and Supervisor Jacob, on February 7, 2022. At the beginning of the meeting I attempted to request reasonable accommodations due to my disability. However, when I started explaining my disability and asking for accommodations, they immediately interrupted me and told me to go home. Two hours later I was notified that I had been terminated for performance issues. Conversely, I had just been praised for my performance a week prior.

I was effectively terminated in retaliation for requesting a reasonable accommodation.

Regardless of my disability, I am qualified to perform the essential functions of my job, with or without reasonable accommodation. My employer effectively denied my request for reasonable accommodation and therefore did not engage with me in an interactive process to determine the appropriate accommodation under the circumstances.

Thus, I believe that I have been discriminated against because of my disability, which is a medical condition related to pregnancy and childbirth, and terminated in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act, as amended, the Pregnancy Discrimination Act, Title VII of the Civil Rights Act of 1964, as amended, and the Illinois Human Rights Act.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10 / 27 / 2022
Date

*Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Doc ID: 29cc715869b8f5380bcbd7687cacfc906cd8ec1d

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA, or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.