# EXHIBIT A

## TO

## Defendant's Motion to Set Aside Default Judgment

**RE:** Tea L. Thompson v. AWS Inc. d/b/a Arrow Workforce Solutions, Inc.
Case No. 1:23-cv-01171

## DECLARATION OF GABRIEL FANOUS

I, Gabriel Fanous, do hereby swear and affirm as follows:

1. I am over 21 years of age. I make this Declaration of my own personal knowledge. If called and sworn as a witness, I would testify to these facts.

2. I make this Declaration entirely of my own free will and choice. No promises of benefits or threats have been made to me to persuade me to sign it.

3. I am currently employed by Arrow Group of Companies ("AWS"), as Vice President.

4. AWS is a staffing agency that matches professionals with freelance, contract, try-before-you-hire, and full-time job opportunities. Once we have completed a placement, we often have very little involvement with that individual's employment.

5. Based on my investigation, the first correspondence anyone from AWS received relating to the case with the caption *Tea L. Thompson v. AWS Inc. D/B/A Arrow Workforce Solutions Inc*, Case No. 23-CV-01171 was Denis Lane, AWS's Vice President of US Operations, via an e-mail from Nicole Loveless, Judicial Assistant to District Judge Michael M. Mihm, dated August 8, 2023, regarding a telephone hearing. A copy of the aforementioned e-mail is attached as **Exhibit A**.

6. Upon receiving the above-referenced e-mail, AWS immediately began to investigate to determine the nature of the e-mail, the matter to which it was referring, and whether the e-mail was sent to Mr. Lane by mistake. The investigation has taken some time and is ongoing. We subsequently learned that the e-mail related to a lawsuit filed against AWS, but AWS apparently never received a physical copy of the Complaint and the Summons. Upon conferring with our Registered Agent in the State of Florida ("Agent") and upon whom this

lawsuit was served, we have determined that after receiving service, Agent forwarded the Complaint and the Summons to an unmonitored AWS e-mail address. As such, the e-mail did not place anyone at AWS on notice regarding this lawsuit. I have diligently conferred with key people within AWS to determine if any other individual received notice of this lawsuit, and have determined that no one did. We have since clarified the correct contact information that Agent should utilize for the purposes of service of process.

7. AWS's preliminary investigation has also revealed that AWS placed Plaintiff at MacLellan Integrated Services ("MacLellan") sometime in or around 2021. After her placement, AWS had little involvement with her employment. AWS is not aware of Plaintiff having any disabilities, and Plaintiff never complained about disparate treatment or needing accommodations due to any disabilities during her employment with MacLellan. Even if she had requested an accommodation, MacLellan — not AWS — was in the position to consider and provide her with any accommodations, as AWS did not have the authority to make those decisions about the terms and conditions of Plaintiff's employment. MacLellan terminated Plaintiff's employment due to recurring performance and attendance issues.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2023.

GABRIEL FANOVU

**Sedaei, Sam**

| | |
|---|---|
| **From:** | Nicole Loveless <Nicole_Loveless@ilcd.uscourts.gov> |
| **Sent:** | Tuesday, August 8, 2023 10:23 AM |
| **To:** | denis@arrowworkforce.com |
| **Subject:** | 23-1171 Tea Thompson v. AWS, Inc. |

Good morning,

United States Senior District Judge Michael M. Mihm would like to hold a telephone hearing regarding the above-mentioned case heading in the U.S. District Court of Central Illinois next Thursday, August 17th at 2:00 PM CST. Are you available to call in for a telephone hearing at that time.

*Nicole Loveless*
*Judicial Assistant*
*to District Judge Michael M. Mihm*
*U.S. District Court, Central District of Illinois*
*100 N.E. Monroe St.*
*Peoria, IL 61602*
*309-671-7113 (Main)*
309-671-4238 (Direct)
Nicole_Loveless@ilcd.uscourts.gov



1

Fanous Declaration - Exhibit A